**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

―――――――――

**No. 06-1923**

―――――――――

BE'KURA SHABAZZ,

Plaintiff - Appellant,

versus

OFFICER HILL; OFFICER A.R. BROWN; OFFICER
MORRIS; OFFICER HASKINS; WILLIAM PAGE TRUE,
JR., Warden; BETH CABEL, Assistant Warden;
LIEUTENANT PEEBLES; LIEUTENANT BARBOUR;
LIEUTENANT HEDGEPETH; CAPTAIN TUVELL; TERESA
PORROVECCHIO, Operations Manager; VERA WRIGHT,
Warden's Assistant; MAJOR GILMORE; GENE
JOHNSON, Director; JOHN JABE, Deputy Director
of Operations; N.H. COOKIE SCOTT; H. PAUL
BROUGHTON; CHARLENE DAVIS, Director's
Secretary; JUNE KIMBREL, Inspector General;
DAVID BASS, Assistant Director of Eastern
Region; RUFUS FLEMING, Regional Director of
Eastern Region,

Defendants - Appellees.

―――――――――

Appeal from the United States District Court for the Eastern
District of Virginia, at Richmond.  Richard L. Williams, Senior
District Judge.  (3:06-cv-00211-RLW)

―――――――――

Submitted: December 21, 2006          Decided:  December 28, 2006

―――――――――

Before NIEMEYER, WILLIAMS, and KING, Circuit Judges.

―――――――――

Affirmed by unpublished per curiam opinion.

―――――――――

Be'Kura Shabazz, Appellant Pro Se.   William W. Muse, Assistant Attorney General, Richmond, Virginia, for Appellees.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Be'Kura Shabazz appeals the district court's order dismissing plaintiff's complaint for lack of jurisdiction. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. See <u>Shabazz v. Hill</u>, No. 3:06-cv-00211-RLW (E.D. Va. July 12, 2006). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>